**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**      RECEIVED CLERK'S OFFICE
**CHARLESTON DIVISION**

2017 MAY 11 P 12: 37

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

| | | |
|---|---|---|
| Juanita Hart and Devon Hart Barron, | ) | Civil Action No. 2:16-2777-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Safeco Insurance Co., *a subsidiary of* | ) | |
| *Liberty Mutual Insurance Company doing* | ) | |
| *business as First National Insurance* | ) | |
| *Company of America, and* Liberty Mutual | ) | |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court having been advised by counsel for the parties that the above action has been

settled,

    **IT IS ORDERED** that the Court's order of February 14, 2017 (Dkt. No. 62) is **VACATED**

and this action is hereby **DISMISSED WITHOUT PREJUDICE**. If settlement is not

consummated within sixty days, either party may petition the Court to reopen this action and

restore it to the calendar. Fed. R. Civ. P. 60(b). In the alternative, to the extent permitted by law,

either party may within sixty days petition the Court to enforce the settlement, and the Court

specifically retains jurisdiction to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax*

*County*, 571 F.2d 1299 (4th Cir. 1978). The dismissal hereunder shall be with prejudice if no

action is taken under either alternative within sixty days from the filing date of this order.

    **AND IT IS SO ORDERED.**

                                        Richard Mark Gergel
                                        United States District Court Judge

May 11, 2017
Charleston, South Carolina